# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S.A. vs. TAMARIUS MANER　　　　　　　　　　　　　　　　　　　Docket No. 3:00CR00227(SRU)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Xenia T. Gray, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Tamarius Maner who was sentenced to 70 months' imprisonment for a violation of 21 U.S.C. § 841(a)(1), Possession With Intent to Distribute Heroin, by the Honorable Stefan R. Underhill, United States District Judge, sitting in the court at Bridgeport, Connecticut on August 6, 2002, who fixed the period of supervised release at 5 years which commenced on December 29, 2006 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1)The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient as directed by the probation officer which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all or a portion of the costs associated with the treatment based on a his ability to pay, in an amount to be determined by the probation officer; 2) The defendant shall participate in a mental health treatment program as directed by the probation officer. The defendant shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount to be determined by the probation officer; 3) The defendant shall take educational courses until he earns his GED degree; 4) Should the defendant lack job skills at the time of his release, he shall undertake educational and/or vocational training as deemed necessary by the probation officer; and 5) The defendant shall pay a fine in the amount of $1,200. Supervision of this case commenced on December 29, 2006.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Standard Condition - "The defendant shall answer truthfully to all inquiries made by the Probation Officer and follow the instructions of the Probation Officer."** From February 2008 until March 2008, the defendant failed to report to the probation office as directed. After the probation office mailed several appointment notices to his residence and made a number of phone calls threatening Mr. Maner with violation action, he eventually reported on April 17 and 23, 2008. After that time, he was instructed to report to the probation office every two weeks and he failed to comply. Mr. Maner last reported to the U.S. Probation Office on April 23, 2008.

**Charge No. 3: Special Condition: "The defendant shall participate in a program of substance abuse treatment, either inpatient or outpatient, as deemed necessary by the U.S. Probation Officer"** On January 30, 2008, Mr. Maner was referred to the Wheeler Clinic for an intake appointment after he submitted two positive urine samples, one for PCP and the other for PCP and cocaine. He was instructed to contact Wheeler Clinic to schedule the appointment and he failed to follow through.

**PRAYING THAT THE COURT WILL ORDER** this petition to serve as a summons directing Tamarius Manner to appear before this court at Bridgeport, Connecticut on _July 7, 2008_ at _10:00 am_ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 24th day of June, 2008, and ordered filed and made a part of the records in the above case.

_/s/ Vanessa L. Bryant, USDJ_

The Honorable Vanessa L. Bryant
United States District Judge

Sworn to By

_Xenia T. Gray_
Xenia T. Gray
United States Probation Officer

Place _Hartford_

Date _June 24, 2008_

Before me, the Honorable Vanessa L. Bryant, United States District Judge, on this 24th day of June 2008 at Hartford, Connecticut, U.S. Probation Officer Xenia T. Gray appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_/s/ Vanessa L. Bryant, USDJ_
The Honorable Vanessa L. Bryant
United States District Judge