UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:00CR227 (SRU) |
| | : | |
| v. | : | |
| | : | |
| TAMARIUS MANER | : | July 7, 2008 |

**MOTION TO PERMIT ELIGIBLE LAW STUDENT
TO APPEAR ON BEHALF OF THE UNITED STATES OF AMERICA**

The United States of America respectfully requests, pursuant to Local Rule of Civil Procedure 26 and Local Rule 1(c) of the Local Criminal Rules of Procedure, that the court permit Mr. Christopher Hodge, a law student at University of Connecticut School of Law currently employed in the Office of the United States Attorney for the District of Connecticut, to appear on behalf of the United States of America in this matter. In support of its motion, the United States of America states the following:

    1. Mr. Hodge is enrolled in good standing at University of Connecticut School of Law, a law school approved by the American Bar Association;

    2. Mr. Hodge has completed legal studies amounting to at least two semesters of credit;

    3. Mr. Hodge will be introduced to the Court in which he will be appearing by Assistant United States Attorney Alina Reynolds, the Assistant United States Attorney handling this matter;

    4. Assistant United States Attorney Reynolds, who is a member of the Bar of the United States District Court for the District of Connecticut, will assume personal professional responsibility for Mr. Hodge's work in this matter, assist Mr. Hodge to the extent necessary and

appear with Mr. Hodge at the proceeding before the Court.

5. The United States of America, by and through Assistant United States Attorney Reynolds, consents to Mr. Hodge's appearance before the Court.

6. Although not required by the Local Rules, undersigned counsel has also conferred with opposing counsel, who indicates that he has no objection to this motion.

Respectfully submitted,

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY


ALINA P. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT.14968
United States Attorney's Office
915 Lafayette Boulevard Room 309
Bridgeport, Connecticut 06604
(203) 696-3000

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was served by hand delivery on July, 2007, to counsel of record:

      Counsel for the Defendant

_____
ALINA P. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY