Viol-Hrg(May 22, 2007)

HONORABLE **S. R. Underhill**
DEPUTY CLERK **S. Shaili**   RPTR/ERO/TAPE **Pattucci**
USPO **Xenia Gray**   INTERPRETER _____

TOTAL TIME: ____ hours ____ minutes
DATE **7/7/08**   START TIME **2:05**   END TIME **2:30**

CR. No. **3:00cr227**   DEFT # _____

UNITED STATES OF AMERICA   §
§                          **Alina Reynolds**
vs.                        §   **Christopher Hodge** AUSA
§                          **Student Intern**
**Tamarius Maner**         §
§                          **C. Thomas Furniss** ☐
                           Counsel for Defendant: CJA (C), Ret (R), PDA (P)

## PROBATION/SUPERVISED RELEASE VIOLATION HEARING

☒ SUPERVISED RELEASE   ☐ PROBATION   ☐ COMPLIANCE HEARING (check one)

- ☐ Deft arrested on _____
- ☐ Deft failed to appear, Bench warrant to issue
- ☒ Violation Hrg continued ~~until~~ **to a date to be determined.**
- ☒ Deft admits violation
- ☐ CJA 23 Financial Affidavit filed ☐ sealed by the Court.
- ☐ Court appoints _____ to represent defendant ☐ for this proceeding ☐ for entire proceeding;
  CJA Appointment date: _____
- ☐ Order appointing Federal Public Defender's Office filed
- ☐ Court finds deft ☐ has ☐ has not violated terms of ☐ probation ☐ supervised release
- ☐ Probation/Supervised Release ☐ revoked ☐ continued ☐ modified
- ☐ _____ months imprisonment on Count(s) _____
- ☐ Upon release the defendant shall be on supervised release for a term of _____ years/months
- ☐ ☐ Supervised release ☐ probation continued for a period of _____ years/months on count(s) _____
- ☐ Deft shall pay a fine of $_____ on Count(s) _____ to be paid by _____
- ☐ Court recommends incarceration at _____
- ☐ Deft shall pay $_____ per month for the cost of ☐ incarceration ☐ supervised release ☐ community confinement (Halfway House)
- ☐ Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
- ☐ Deft ordered to surrender on _____ to ☐ U.S. Marshal ☐ institution
- ☐ Bond ☐ continued ☐ set at $_____ ☐ Non-surety ☐ Surety ☐ PR
- ☐ Violation sentencing set for _____
- ☐ Deft detained
- ☒ **Motion for Student Intern to appear filed [Granted ✓]**

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE